# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

NADINE M. JESBERG and ROBERT JESBERG,

       Plaintiffs,

v.

BAXTER HEALTHCARE CORP., ET AL.

       Defendants,

---

SHERWOOD MEDICAL COMPANY

       Defendant and
       Third-Party Plaintiff,

v.

ALADAN CORPORATION; ET AL.

       Third-Party Defendants.

Case No. 97-1062 (PAM/RLE)

**ORDER CONCERNING DISPOSITIVE MOTION BRIEFING SCHEDULE**

---

Based upon the Stipulation among the parties concerning the briefing schedule for dispositive motions,

**IT IS HEREBY ORDERED:**

1. That the date by which dispositive motions must be served and filed is October 24, 2005.

2. That the date by which the responding party's opposition papers must be served and filed is November 16, 2005.

3. That the date by which reply memoranda, if any, must be served and filed is November 23, 2005.

4. That all dispositive motions shall be heard by the undersigned on December 1,

2005 at 9:00 o'clock a.m. in Courtroom #3, 7th Floor, 180 E. Fifth Street, St. Paul, Minnesota 55101.

Dated:  October     13  , 2005          **BY THE COURT**

                                                  s/Paul A. Magnuson
                                                  The Honorable Paul A. Magnuson
                                                  Judge of U.S. District Court