UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nadine M. Jesberg, et al.,                                               Civ. File No. 97-1062 (PAM/RLE)

                      Plaintiffs,

v.

Baxter Healthcare Corporation, et al.,

                      Defendants,

and                                                                                                                      **ORDER**

Sherwood Medical Company, et al.,

                      Third-Party Plaintiffs,

v.

Aladan Corporation, et al.,

                      Third-Party Defendants.

On May 2, 2006, the parties in the above-referenced third-party action advised the Court that they reached a settlement of all claims. Accordingly, **IT IS HEREBY ORDERED** that:

1. The third-party action is **DISMISSED WITH PREJUDICE**; and

2. The Court **RETAINS** jurisdiction for an additional sixty (60) days to permit any third party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 3, 2006                                              s/ Paul A. Magnuson
                                                                         Paul A. Magnuson
                                                                         United States District Court Judge